# EXHIBIT C

# TO

# MOTION TO DISMISS

1  Rodney W. Ott (#016686)
2  Edward J. Hermes (#030529)
   QUARLES & BRADY LLP
3  Renaissance One
   Two North Central Avenue
4  Phoenix, AZ 85004-2391
5  Telephone 602.229.5200
   rodney.ott@quarles.com
6  edward.hermes@quarles.com

7  Jeremy A. Lite (#020554)
   QUARLES & BRADY LLP
8  One South Church Avenue, Suite 1700
9  Tucson, AZ 85701-1621
   Telephone 520.770.8700
10 jeremy.lite@quarles.com

11 *Attorneys for Defendants Halvorson-Siebold,*
   *Inc., Hydro-Resources, Inc., and Squire*
12 *Motor Inns, Inc.*

13

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Havasupai Tribe, | Case No. 3:16-cv-08290-GMS |
| Plaintiff, | **CERTIFICATION OF CONFERRAL** |
| vs. | |
| Anasazi Water Co., L.L.C., Cataract Natural Reserve Land, LLC, City of Williams, William Collins, William & Lorraine Collins Family Trust, Grand Canyon Equipment, Inc., Energy Fuels Resources (USA) Inc., EFR Arizona Strip LLC, Halvorson-Seibold, Inc., Hydro-Resources, Inc., Jentri LLC, Lure Maker, LLC, Pernell McGuire, McGuire Investments LLC, Alvin J. Reed, Christine G. Reed, Squire Motor Inns, Inc., Randy Topel, Topel Properties LLC, | |
| Defendants. | |

QB\164508.00002\43194879.1

The following Certification of Conferral is made in accordance with the Court's Order dated December 19, 2016 (ECF No. 11).

1. I, Rodney W. Ott, am one of the attorneys at Quarles & Brady, LLP, for Defendants Halvorson-Siebold, Inc., Hydro-Resources, Inc., and Squire Motor Inns, Inc. ("Defendants") in the above-captioned case.

2. On December, 28, 2016, I spoke to Margaret J. Vick, attorney of record for the Plaintiff Havasupai Tribe, to discuss Defendants' anticipated Motion to Dismiss and whether an amendment could cure the deficient Complaint.

3. On December 29, 2016, I spoke to Richard W. Hughes, another attorney of record for the Tribe, to further discuss Defendants' anticipated Motion to Dismiss and whether an amendment could cure the deficient Complaint.

4. As a result of these discussion, the parties were not able to agree that the pleading is curable by a permissible amendment.

RESPECTFULLY SUBMITTED this 3rd day of January, 2017.

By *s/ Rodney W. Ott*

Rodney W. Ott
Edward J. Hermes
Quarles & Brady, LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Jeremy A. Lite
Quarles & Brady, LLP
One South Church Avenue
Suite 1700
Tucson, AZ  85701-1621

*Attorneys for Defendants Halvorson-Siebold, Inc., Hydro-Resources, Inc., and Squire Motor Inns, Inc.*