| | |
|---|---|
| 1 | Rodney W. Ott (#016686) |
| 2 | Edward J. Hermes (#030529) |
|   | QUARLES & BRADY LLP |
| 3 | Renaissance One |
|   | Two North Central Avenue |
| 4 | Phoenix, AZ 85004-2391 |
| 5 | Telephone 602.229.5200 |
|   | rodney.ott@quarles.com |
| 6 | edward.hermes@quarles.com |
| 7 | Jeremy A. Lite (#020554) |
|   | QUARLES & BRADY LLP |
| 8 | One South Church Avenue, Suite 1700 |
| 9 | Tucson, AZ 85701-1621 |
|   | Telephone 520.770.8700 |
| 10 | jeremy.lite@quarles.com |

*Attorneys for Defendants Halvorson-Siebold, Inc., Hydro-Resources, Inc., and Squire Motor Inns, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Havasupai Tribe, | Case No. 3:16-cv-08290-GMS |
|---|---|
| Plaintiff, | **NOTICE OF CERTIFICATION OF CONFERRAL** |
| vs. | |
| Anasazi Water Co., L.L.C., Cataract Natural Reserve Land, LLC, City of Williams, William Collins, William & Lorraine Collins Family Trust, Grand Canyon Equipment, Inc., Energy Fuels Resources (USA) Inc., EFR Arizona Strip LLC, Halvorson-Seibold, Inc., Hydro-Resources, Inc., Jentri LLC, Lure Maker, LLC, Pernell McGuire, McGuire Investments LLC, Alvin J. Reed, Christine G. Reed, Squire Motor Inns, Inc., Randy Topel, Topel Properties LLC, | |
| Defendants. | |

1    Defendants Halvorson-Siebold, Inc., Hydro-Resources, Inc. and Squire Motor Inns, Inc., by and through undersigned counsel, and pursuant to the Court's Order dated December 19, 2016 (ECF No. 11), hereby give notice of their filing of a Certification of Conferral, which Certification is attached as Exhibit C to their Motion to Dismiss (ECF No. 18).

RESPECTFULLY SUBMITTED this 3rd day of January, 2017.

By  s/ Jeremy A. Lite
Rodney W. Ott
Edward J. Hermes
Quarles & Brady, LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Jeremy A. Lite
Quarles & Brady, LLP
One South Church Avenue
Suite 1700
Tucson, AZ  85701-1621

*Attorneys for Defendants  Halvorson-Siebold, Inc., Hydro-Resources, Inc., and Squire Motor Inns, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3rd, 2017, a copy of the foregoing document was filed electronically. A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Case Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEF. In addition, a copy of the foregoing has been sent by U.S. Mail this day to:

Paul Brinkmann
Shorall McGoldrick Brinkmann
702 N. Beaver St.
Flagstaff, Arizona 86001
*Anticipated Counsel for Anasazi Water Co., LLC*

Michael E J Mongini
Hufford, Horstman, Mongini, Parnell & Tucker PC
120 N. Beaver Street
Flagstaff, Arizona 86001
*Anticipated Counsel for Cataract Natural Reserve Land, LLC*

Brandon Kavanagh
Mangum Wall Stoops & Warden PLLC
100 North Elden Street
Flagstaff, Arizona 86001
*Anticipated Counsel for City of Williams*

Larry Caster
Gregory Adams
Fennemore Craig, PC
2394 E. Camelback Rd
Suite 600
Phoenix, Arizona 85016
*Anticipated Counsel for Collins Family Trust and Grand Canyon Equipment*

Michael Kennedy
Lee Decker
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016
*Anticipated Counsel for Energy Fuels Resources (USA) Inc.*

William H. Anger
Kevin M. Judiscak
Engelman Berger, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
*Anticipated Counsel for Jentri LLC*

Don Crampton
Crampton Law Firm PC
2155 W. Pinnacle Peak Rd. #200
Phoenix, Arizona 85027
*Anticipated Counsel for Lure Maker, LLC*

Pernell W. McGuire
Davis Miles McGuire Gardner PLLC
40 E. Rio Salado Parkway
Suite 425
Tempe, Arizona 85281
*Anticipated Counsel for Pernell McGuire and McGuire Investments LLC*

 *s/ Catherine Gould*