# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Havasupai Tribe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Anasazi Water Company LLC, et al.,<br><br>　　　　Defendants. | No. CV-16-08290-PCT-GMS<br><br>**ORDER** |

Having considered the Joint Defense Motion to Continue Case Management Conference Pending Resolution of the Motions to Dismiss (Doc. 85) ("Joint Motion") and the Joinder of Defendants William Collins, William & Lorraine Collins Family Trust, and Grand Canyon Equipment, Inc. (Doc. 86) in the Joint Motion,

**IT IS HEREBY ORDERED:**

1. The Joint Motion (Doc. 85) is granted.

2. The Case Management Conference set for April 7, 2017 is vacated and the related pre-conference filing deadlines in the Court's Order (Doc. 24), are continued for all parties to a date or dates to be determined by further order of the Court, if necessary, except as provided herein.

3. The parties shall comply with the requirement in Paragraph C.2 of the Court's Order (Doc. 24) to submit a list of the parties in the case, including any parent corporations or entities, on or before **March 31, 2017**, as this information is needed for recusal purposes. The list submitted to the Court shall indicate which of the parties has

filed or joined in a Rule 12(b) Motion to Dismiss.

4. Oral Argument on the pending Motions (Docs. 15, 18, 36, 47) is set for **April 7, 2017 at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003-215.

Dated this 7th day of March, 2017.

Honorable G. Murray Snow
United States District Judge